United States District Court
Southern District of Texas
**ENTERED**
July 06, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| TYRONE O'KEITH BELL | § | |
| | § | CIVIL ACTION NO. M-13-452 |
| | § | |
| VS. | § | CRIMINAL ACTION NO. M-12-446-3 |
| | § | |
| UNITED STATES OF AMERICA | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the magistrate judge's Report and Recommendation regarding Movant Tyrone O'Keith Bell's action pursuant to 28 U.S.C. § 2255. After having reviewed the said Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court. It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Peter E. Ormsby's Report and Recommendation entered as Docket Entry No. 22 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that Movant's Motion for Voluntary Withdrawal Without Prejudice should be **GRANTED**, the Motion to Vacate Sentence under 28 U.S.C. § 2255 should be **DISMISSED** without prejudice, and that a certificate of appealability should be **DENIED** as unnecessary.

The Clerk shall send a copy of this Order to counsel for the parties.

SO ORDERED this 5th day of July, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge